# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SCHNEIDER ELECTRIC USA, INC.,

    Plaintiff,

v.    Case No: 8:23-cv-225-WFJ-AEP

SEVEN MILE RESORT HOLDINGS LTD,

    Defendant.

_____/

## ORDER

The Court has been advised by **the Notice of Settlement (Dkt. 98)** that the above-styled action has been resolved. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within thirty (30) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 30-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on March 24, 2025.

    s/*William F. Jung*
    **WILLIAM F. JUNG**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record